452 A.2d 48

Commonwealth v. Richardson, Appellant.

Argued January 13, 1982.   David G. Rothey, Assistant Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.